**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-7677**

_____

MICHAEL RAY FORTUNA,

       Plaintiff - Appellant,

       v.

ROBERT HUDGINS, Warden; DOCTOR ANDERSON, Doctor at Medical Services; MS. WILSON, Physicians Assistant; BREHMUR, Nurse at Medical Services,

       Defendants - Appellees.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:21-cv-00072-JPB-JPM)

_____

Submitted:  September 29, 2022             Decided:  October 12, 2022

_____

Before WYNN and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Ray Fortuna, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Ray Fortuna appeals the district court's order denying his motion for reconsideration.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *Fortuna v. Hudgins*, No. 5:21-cv-00072-JPB-JPM (N.D.W. Va. Nov. 24, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*